*Paul D. Miller, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 527. CHARLES BROADWAY ROUSS, INC., ET AL. *v.* FIRST NATIONAL BANK OF COLUMBUS, GA., ET AL. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herman H. Swift* for petitioners. *Messrs. Thomas L. Bowden* and *Henry D. Gaggstatter* for respondents.

Nos. 528 and 529. JAMISON ET AL. *v.* UNITED STATES ET AL. January 9, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Courtland Palmer* for petitioners. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour* and *J. Frank Staley* for the United States.

No. 532. BERL ET AL., RECEIVERS, *v.* CRUTCHER ET AL. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George Thompson, Jr., Thomas Francis Howe,* and *Hugh M. Morris* for petitioners. *Mr. S. C. Rowe* for respondents.

No. 536. BINKLEY COAL CO. *v.* HENDERSON, TRUSTEE IN BANKRUPTCY, ET AL. January 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry Adamson* for petitioner. *Mr. John D. Welman* for respondents.

No. 540. CHESAPEAKE & OHIO RY. CO. *v.* HOWARD, ADMINISTRATRIX. January 9, 1933. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.